FILED

2023 Apr-12  AM 11:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT WILLIAM FRAZIER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-1416-MHH-GMB |
| | ) | |
| SEAN SNIDER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **MEMORANDUM OPINION**

The Magistrate Judge has entered a report (Doc. 14) in which he determined that the petition for a writ of habeas corpus filed by Robert William Frazier (Doc. 1) now is moot.  Mr. Frazier did not respond to the defendant's argument that his petition is moot, and the Court has not received objections to the Magistrate Judge's report.

Having reviewed the report and the materials supporting the defendant's motion to dismiss, (Docs. 12, 12-1), the Court adopts the Magistrate Judge's report and accepts his recommendation.  Consistent with that recommendation, the Court grants Mr. Snider's motion to dismiss.  By separate order, the Court will dismiss this action because it is moot; Mr. Frazier already has received the relief he sought in his petition.

**DONE** and **ORDERED** this April 12, 2023.

_____

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE